IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ROBERT E. DAWSON, et al., <br> Plaintiffs, | ) <br> ) Civil Action No. 6:06cv019 <br> ) |
| v. | ) <br> ) |
| NORMA BRANDSBERG, et al., <br> Defendants. | ) By: Hon. Michael F. Urbanski <br> ) United States Magistrate Judge <br> ) |

## ORDER

For reasons stated in the accompanying Memorandum Opinion filed this day, it is

**ORDERED** that Defendants' motion to dismiss is **DENIED**.

The Clerk of the Court is hereby directed to send a certified copy of the Memorandum Opinion and accompanying Order to all counsel of record.

Entered this 10th day of October, 2006.

Michael F. Urbanski
United States Magistrate Judge